# U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-2014

JOHN DOE,
Appellant

v.

THE TRUSTEES OF PRINCETON UNIVERSITY

_____

Appeal from U.S. District Court, D.N.J.
Judge Zahid N. Quraishi, No. 3:24-cv-07125

Before: HARDIMAN, KRAUSE, and MASCOTT, *Circuit Judges*
Argued Mar. 11, 2026

_____

JUDGMENT

_____

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was argued on March 11, 2026.

On consideration whereof, it is now hereby **ORDERED** and **ADJUDGED** by this Court that the order of the District Court entered on April 28, 2025, be and the same is hereby **REVERSED AND REMANDED**. Costs shall be taxed against Appellee.

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED: July 21, 2026