OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs Cᴏᴜʀᴛ ᴏꜰ Aᴘᴘᴇᴀʟs
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov
July 21, 2026

TELEPHONE
215-597-2995

Kimberly Blasey, Esq.
Justin Dillon, Esq.
Christopher C. Muha, Esq.
Dillon
1717 K Street NW
Suite 900
Washington, DC 20006

James A. Keller, Esq.
Patrick F. Nugent, Esq.
Amy L. Piccola, Esq.
Saul Ewing
1735 Market Street
Suite 3400
Philadelphia, PA 19103

Jamie Hoxie Solano, Esq.
Dynamis
200 Connell Drive
Berkeley Heights, NJ 07922

RE: John Doe v. Princeton University Trustees
Case Number: 25-2014
District Court Case Number: 3:24-cv-07125

ENTRY OF JUDGMENT

Today, **July 21, 2026,** the Court entered its judgment in the above-captioned matter pursuant to Fed. R. App. P. 36.

If you wish to seek review of the Court's decision, you may file a petition for rehearing. The procedures for filing a petition for rehearing are set forth in Fed. R. App. P. 40, 3rd Cir. LAR 35 and 40, and summarized below.

Time for Filing:
14 days after entry of judgment.
45 days after entry of judgment in a civil case if the United States is a party.

Form Limits:
3900 words if produced by a computer, with a certificate of compliance pursuant to Fed. R. App. P. 32(g).
15 pages if hand or type written.

Attachments:
A copy of the panel's opinion and judgment only.
Certificate of service, unless the petition is filed and served through the Court's electronic-filing system.
Certificate of compliance if petition is produced by a computer.
No other attachments are permitted without first obtaining leave from the Court.

Unless the petition specifies that the petition seeks only panel rehearing, the petition will be construed as requesting both panel and en banc rehearing. A party seeking both forms of rehearing must file the petitions as a single document. Fed. R. App. P. 40(a).

A party who is entitled to costs pursuant to Fed.R.App.P. 39 must file an itemized and verified bill of costs within 14 days from the entry of judgment. The bill of costs must be submitted on the proper form which is available on the court's website.

A mandate will be issued at the appropriate time in accordance with the Fed. R. App. P. 41.

Please consult the Rules of the Supreme Court of the United States regarding the timing and requirements for filing a petition for writ of certiorari.


Very Truly Yours,

s/ Patricia S. Dodszuweit
Clerk

By: s/ Carmella/dwb
Case Manager
267-299-4928