**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

BILL OF COSTS

C.A. No.  25-2014

Caption:    John Doe v. Princeton University Trustees

| Cost Taxable | AMOUNT REQUESTED | | | | | | | COST ALLOWED To be Completed by Clerk |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages per Copy | Cost Per Page | Cost Per Binding | Cost Per Cover | Sales Tax | Total Cost | |
| Appeal/Original Proceeding Fee | | | | | | | $605 | |
| Brief | 7 | 86 | .60 | 4.50 | | | $392.70 | |
| Reply Brief | 7 | 36 | .14 | 4.50 | | | $66.78 | |
| Appendix | 4 | 195 | .13 | 4.50 | | | $119.40 | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL | | | | | | | $1183.88 | $ |

Brief Produced by Reproduction: ☑        Brief Produced by Photocopy:  ☐
                                                                         In House:  ☐
                                                                         Commercial:  ☐

**Unless document was produced by in house photocopy, receipts must be attached.**

I,  Jamie Hoxie Solano          , do hereby declare under the penalty of perjury that the foregoing costs are true and correct and were necessarily and actually incurred in this action.

*s/ Jamie Hoxie Solano*                                    8/4/2026
Signature                                                  Date
Attorney for: Appellant John Doe

**A certificate of service must accompany this form.**